THE STATE EX REL. OFFILL, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Offill v. Indus. Comm.* (1998), 83 Ohio St.3d 135.]

(No. 96–2777—Submitted July 8, 1998—Decided September 16, 1998.)

*Cloppert, Portman, Sauter, Latanick & Foley* and *Frederic A. Portman,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis Rehor,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., dissents.

ALICE ROBIE RESNICK, J., dissenting.  I would reverse the judgment of the court of appeals.